# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:08cr88

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| | ) | |
| JOSEPH CARROLL JONES. | ) | |
| | ) | |

**THIS MATTER** is before the Court *sua sponte*.

The Defendant is currently in the custody of the Bureau of Prisons. On August 11, 2011, the Court granted the Defendant's § 2255 Petition and vacated his sentence. [Doc. 35]. The Defendant's resentencing hearing has been scheduled for November 16, 2011 at 10:30 a.m. in the Asheville Division.

**IT IS, THEREFORE, ORDERED** that the Defendant is hereby remanded from the custody of the Bureau of Prisons and is hereby committed to the custody of the United States Marshals Service for return to this District in time for the November 16, 2011 sentencing hearing.

The Clerk of Court shall provide copies of this Order to counsel for the Government, counsel for the Defendant, the United States Marshals Service, and the Bureau of Prisons.

**IT IS SO ORDERED.**

Signed: October 19, 2011

Martin Reidinger
United States District Judge