THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

**CRIMINAL CASE NO. 1:08cr88**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| JOSEPH CARROLL JONES. ) | |

**THIS MATTER** is before the Court on the Government's oral motion to dismiss the Indictment in this matter.

For good cause shown, **IT IS, THEREFORE, ORDERED** that the Government's oral motion is **GRANTED**, and the Indictment [Doc. 1] in this matter is hereby **DISMISSED**.

**IT IS FURTHER ORDERED** that the Judgment previously entered on March 4, 2009 [Doc. 21] is hereby **VACATED**.

**IT IS SO ORDERED.**

Signed: November 21, 2011

Martin Reidinger
United States District Judge